| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Erickson, Ralph R | 2. Court or Organization District of North Dakota | 3. Date of Report 5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge—Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Quentin Burdick US Courthouse 655 1st Ave. N., Ste. 410 Fargo, ND 58102-4952 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Personal Representative | Estate #1 |
| 2. | Trustee | Trust #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/15/88 | 401K Ohnstad Twichell, P.C. |
| 2. | 2/15/93 | NDPERS County Retirement Plan |
| 3. | 1/02/05 | NDPERS State Judicial Retirement Plan |
| 4. | 12/31/96 | 457(b) Plan State of North Dakota |

FINANCIAL DISCLOSURE OFFICE RECEIVED MAY 19 11 55 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 3/15/03 | Salary, District Judge, East Cental Judicial District of North Dakota, 1/01/03- 3/15/03 | 20528.31 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/03 | Optometrist--Self Employed |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Cass County (ND) Bar Association | Robe on occasion of investiture | $500 |
| 2. | East Central District Judges | Crystal Gavel on occasion of investiture | $250 |
| 3. | Trail County Courthouse Staff | Clock on occasion of investiture | $150 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    AWSHX | A | Dividend | J | T | | | | | |
| 2.    AGR B (X) | | None | J | T | | | | | |
| 3.    Avaya, Inc., common stock | | None | J | T | | | | | |
| 4.    Community First Bankshares, Inc. common stock | A | Dividend | J | T | | | | | |
| 5.    Intel, Inc., common stock | A | Dividend | J | T | | | | | |
| 6.    Lucent Technologies, Inc., common stock | | None | J | T | | | | | |
| 7.    Oakmark Select, mutual fund | A | Div., Dist., | J | T | | | | | |
| 8.    Proctor & Gamble, common stock | A | Dividend | J | T | | | | | |
| 9.    Wells Fargo & Co., common stock | A | Dividend | J | T | | | | | |
| 10.    Federated Institutional Fund #10 Alerus Financial (SEP IRA) | A | Interest | | | sell | 8/27 | J | A | |
| 11.    PIMCO High Yield Fund #108, Alerus Financial (SEP IRA) | A | Interest | K | T | | | | | |
| 12.    Federated Max Cap Fund, #39, Alerus Financial (SEP IRA) | B | Div. & Int. | K | T | | | | | |
| 13.    Federated Mid Cap Fund #151 Alerus Financial (SEP IRA) | B | Div. & Int. | K | T | | | | | |
| 14.    Federated International Equity Fund, #06 Alerus Fi (SEP IRA) | A | Div. & Int. | K | T | | | | | |
| 15.    SEI Small Cap Growth Fund #67 Alerus Financial (SEP IRA) | A | Div. & Int. | K | T | | | | | |
| 16.    North. Inst. Funds Prime Obligation, Alerus (X) SEP IRA | A | Interest | J | T | buy | 8/27 | J | | |
| 17.    Alerus Financial Common Stock Fund (401K) | A | Div. & Dist. | | | sell | 9/22 | J | C | |
| 18.    Alerus International Stock Fund (401K) | A | Dividend | | | sell | 9/22 | J | A | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000        G = $100,001-$1,000,000        H1 = $1,000,001-$5,000,000        H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000        O = $500,001-$1,000,000        P1 = $1,000,001-$5,000,000        P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
   (See Column C2)            U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Alerus Financial Aggressive Fund (401K) | A | Dividend | | | sell | 9/22 | J | B | |
| 20. Federated Capital Reserve Fund, State Bank & Trust (X) 401K | A | Dividend | K | T | open | 9/22 | K | | |
| 21. Northwestern Mutual Life, cash value of insurance | C | Dividend | K | T | | | | | |
| 22. Jefferson Pilot Life Insurance, cash value of insurance | D | Dividend | K | T | | | | | |
| 23. ING Aetna 457(b) Aetna Growth & Income, VP-35 | A | Div. & Int. | | | terminated | * | | | |
| 24. ING Aetna 457(b) ING (Aetna) VP Index Plus Large Cap. | A | Div. & Int. | K | T | | | | | |
| 25. ING Aetna 457(b) Fidelity VIP Growth Portfolio 109 | A | Div. & Int. | J | T | | | | | |
| 26. ING Aetna 457(b) Janus Aspen Aggressive Growth Port. 119 | A | Div. & Int. | J | T | | | | | |
| 27. ING Aetna 457(b) Janus Aspen Worldwide Growth Port. 123 | A | Dividend | J | T | | | | | |
| 28. Gate City Savings--Savings Account | A | Interest | J | T | | | | | |
| 29. United Presidential Life Insurance (cash value) | A | Dividend | K | T | | | | | |
| 30. General American Life Insurance (cash value) | C | Dividend | L | T | | | | | |
| 31. Digital Broadcast Corporation | | None | J | W | | | | | |
| 32. First State Bank of Fargo, Estate #1 | | None | J | T | | | | | |
| 33. Coin Collection--Estate #1 | | | J | W | | | | | |
| 34. Phoenix Home Mutual Life Insurance Policy--Trust #1 | | | K | T | | | | | |
| 35. General American Life Insurance | D | Distribution | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Sev. IV. Line 1.  Travel Expenses reimbursed for official travel while serving as State District Judge, East Central Judicial District of North Dakota.

Sec. VII. Line 10.  Alerus financial ceased offering Federated Institutional Fund #10.  Proceeds rolled over into Northern Institutional Funds Prime Obligation.

Sec. VII. Lines 17-19.  Ohnstad Twichell, PC 401K plan transferred from Alerus Financial to State Bank &Trust Company of Fargo, ND on 9/22/03.

Sec. VII. Line 23.  Merger of ING funds with Aetna funds by fund manager rolled funds in ING Aetna Growth & Income Fund VP-035 into ING VP Index Plus Large Cap fund.  The exact date of the termination and rollover is unknown but occurred prior to 3/30/03.

Sec. VII. Line 35.  General American Life Insurance ceased operations as a mutual company and became a stock company which resulted in a distribution of accumulated capital value to the policyholders.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu[ ]     Date _May 14, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544